IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00506-CMA-MEH

JOEL RICHARDSON, on behalf of himself and
all others similarly situated,

    Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

    Defendant.

## ENTRY OF APPEARANCE FOR
## BRIAN P. BROSNAHAN

Brian P. Brosnahan of the law firm of Kasowitz, Benson, Torres & Friedman LLP, hereby enters his appearance as attorney of record for and on behalf of Defendant Anheuser-Busch Companies, LLC.

Dated: March 22, 2013.

    *s/ Brian P. Brosnahan*
    Brian P. Brosnahan
    Kasowitz, Benson, Torres & Friedman LLP

Dated:   March 22, 2013

Respectfully submitted,

*Original signature on file at the law firm of Wheeler Trigg O'Donnell LLP*

By:   *s/John R. Trigg*
     John R. Trigg

John R. Trigg (#833)
Michele On-ja Choe (#43656)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303-244-1879
Email:  trigg@wtotrial.com
     choe@wtotrial.com

Marcus S. Topel
Daniel F. Cook
Brian P. Brosnahan
Jacob N. Foster
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: 415.655.4309
Facsimile:  415.520.0727
Email:  mtopel@kasowitz.com
Email:  dcook@kasowitz.com
Email:  bbrosnahan@kasowitz.com
Email:  jfoster@kasowitz.com

Attorneys for Defendant
*Anheuser-Busch Companies, LLC*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 22, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Robert Wade Mills**
  rwm@millslawfirm.com

*Original signature on file at the law firm of*
*Wheeler Trigg O'Donnell LLP*

*s/ Karen L. Brock*
Karen L. Brock