IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00506-CMA-MEH

JOEL RICHARDSON, on behalf of himself and
all others similarly situated,

        Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

        Defendant.

## STIPULATION EXTENDING TIME FOR DEFENDANT ANHEUSER-BUSCH COMPANIES, LLC TO RESPOND TO THE COMPLAINT

It is hereby stipulated pursuant to D.C. COLO. LCivR 6.1(A) by Plaintiffs, Joel Richardson, on behalf of himself and all others similarly situated, through their counsel of record Robert W. Mills, Esq. of the Mills Law Firm and Anheuser-Busch Companies, LLC by and through their counsel, Marcus S. Topel of Kasowitz, Benson, Torres & Friedman LLP and John R. Trigg of Wheeler Trigg O'Donnell LLP that the time for the Defendant Anheuser-Busch Companies, LLC to file an answer or otherwise respond to the complaint is extended fourteen (14) days from the present due date of March 25, 2013 to and including April 8, 2013.

The undersigned counsel do certify that they have complied with D.C. COLO. LCivR 6.1(E) by serving a copy of the Stipulation for Extension of Time on their respective clients.

Dated:  March 22, 2013 Respectfully submitted,

*Original signature on file at the law firm of Wheeler Trigg O'Donnell LLP*

s/John R. Trigg
John R. Trigg (#833)
Michele On-ja Choe (#43656)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303-244-1879
Email: trigg@wtotrial.com
Email: choe@wtotrial.com

s/Marcus S. Topel
Dated:  March 22, 2013 Marcus S. Topel
Daniel F. Cook
Brian P. Brosnahan
Jacob N. Foster
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: 415.655.4309
Facsimile:  415.520.0727
Email:  mtopel@kasowitz.com
Email: dcook@kasowitz.com
Email: bbrosnahan@kasowitz.com
Email: jfoster@kasowitz.com

Attorneys for Defendant
*Anheuser-Busch Companies, LLC*

3

Dated:  March 22, 2013

*s/Robert W. Mills*
Robert W. Mills, Esq.
The Mills Law Firm
880 Las Gallinas Avenue, Suite 2
San Rafael, California 94903
Telephone: 415.455.1326
Facsimile:  415.455.1327
Email: rwm@millslawfirm.com

Attorneys for Plaintiffs
*Joel Richardson, on behalf of himself and all others similarly situated*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on March 22, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Robert Wade Mills**
  rwm@millslawfirm.com

- **John R. Trigg**
  trigg@wtotrial.com

- **Michele On-ja Choe**
  choe@wtotrial.com

- **Marcus S. Topel**
  mtopel@kasowitz.com

- **Daniel F. Cook**
  dcook@kasowitz.com

- **Brian P. Brosnahan**
  bbrosnahan@kasowitz.com

- **Jacob N. Foster**
  jfoster@kasowitz.com

*Original signature on file at the law firm of Wheeler Trigg O'Donnell LLP*

*s/Karen L. Brock*
Karen L. Brock