IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00506-CMA-MEH

JOEL RICHARDSON, on behalf of himself and
all others similarly situated,

        Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

        Defendant.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and D.C. COLO.LCivR 7.5, Defendant Anheuser-Busch Companies, LLC, by and through undersigned counsel of record, hereby files this Disclosure Statement identifying any parent corporation and any publicly held corporation owning 10% or more of its stock.

Anheuser-Busch, LLC is a wholly-owned subsidiary of Anheuser-Busch InBev Worldwide Inc. and is an indirect subsidiary of Anheuser-Busch InBev NV/SA, which is a publicly traded corporation.

A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

Dated:  March 22, 2013

Respectfully submitted,

*Original signature on file at the law firm of Wheeler Trigg O'Donnell LLP*

s/John R. Trigg
John R. Trigg (#833)
Michele On-ja Choe (#43656)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303-244-1879
Email:  trigg@wtotrial.com
Email: choe@wtotrial.com

Attorneys for Defendant
*Anheuser-Busch Companies, LLC*

s/Marcus S. Topel
Marcus S. Topel
Daniel F. Cook
Brian P. Brosnahan
Jacob N. Foster
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: 415.655.4309
Facsimile:  415.520.0727
Email:  mtopel@kasowitz.com
Email: dcook@kasowitz.com
Email: bbrosnahan@kasowitz.com
Email: jfoster@kasowitz.com

Attorneys for Defendant
*Anheuser-Busch Companies, LLC*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 22, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Robert Wade Mills**
  rwm@millslawfirm.com

*Original signature on file at the law firm of Wheeler Trigg O'Donnell LLP*

*s/ Karen L. Brock*
Karen L. Brock