UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00506-CMA-MEH

JOEL RICHARDSON, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

    Defendant.

---

**DECLARATION OF ROBERT W. MILLS IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MOTION TO TRANSFER AND CONSOLIDATE CURRENTLY PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

I, Robert W. Mills, declare as follows:

1. I am an attorney and counsel of record for Plaintiff Joel Richardson, ("Plaintiff") in the above-entitled matter. I am licensed to practice law before this Court. I make this declaration based upon my personal and first-hand knowledge, unless otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

2. I gave notice of Plaintiff's intention to seek a stay of these proceedings pending the determination by the JMPL to counsel for Defendants, Marcus S. Topel, through a series of telephone conversations by my colleagues.

3. On Friday, March 22, 2013, Plaintiffs in the California action filed their Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, and served all parties with a copy.

4. That same day, Mr. Topel responded in an e-mail that Defendants would not agree to our requested stay pending the determination by the JPML. A true and correct copy of Mr. Topel's e-mail correspondence is attached hereto as **Exhibit A**.

5. Given the waste of judicial resources, and needless expenditure of time and money by all parties if these actions are not stayed pending the determination by the JPML, on Monday, March 25, 2013, my office sent a follow-up email to Mr. Topel, asking him the reason why Defendants were refusing to agree to stay of these proceedings. A true and correct copy of this e-mail is attached hereto as **Exhibit B**.

6. Mr. Topel never responded to this inquiry.

7. On Friday, March 22, 2013, Defendant filed a motion to dismiss in the Texas action, Case NO. 3:13-cv-00917-M, Dkt. No. 14. Counsel in the Texas action has filed a motion to stay that case, and I understand that counsel in the other actions will be similarly seeking stays. Additionally, from our conversations with defense counsel, I anticipate that Defendant will file motions to dismiss the other actions, which I believe will include virtually-identical legal and factual arguments. Accordingly, I believe that there is a strong possibility of inconsistent rulings regarding these same issues by multiple courts.

8.    I declare under penalty of perjury under the laws of the State of Coloirado, and of the United States, that the foregoing is true and correct to the best of my knowledge, and that I could competently testify as to these facts if called as a witness. Executed in San Rafael, California.

Dated: March 28, 2013

Respectfully submitted,
*Original signature on file at the Mills Law Firm*
**THE MILLS LAW FIRM**

By: _____
Robert W. Mills (SBN 062154)
880 Las Gallinas Avenue, Suite 2
San Rafael, California 94903
Telephone: (415) 455-1326
Facsimile: (415) 455-1327
E-Mail: Robert@millslawfirm.com

*Attorney for Plaintiff Joel Richardson, and the Proposed Class*

# EXHIBIT A

**From:** Marcus S. Topel [mailto:MTopel@kasowitz.com]
**Sent:** Friday, March 22, 2013 6:32 PM
**To:** Josh Boxer; russell.jackson@skadden.com; Daniel F. Cook
**Cc:** Robert Mills; Corey; rbramson@bramsonplutzik.com; ronf@clevelandconsumerlaw.com; rlm@lhlaw.net; dsenoff@cbmclaw.com; wrc@cbmclaw.com; lfantini@cbmclaw.com
**Subject:** Re: Motion to Transfer

Josh, just so there is no confusion as to the cases in which I and my firm represent Anheuser-Busch and in which you and Robert Mills are counsel(CA CO and Missouri) we will not agree to a stay of proceeding pending resolution of your MDL motion. I have already informed Roger Mandel similarly in the NDTX action.
Mark


Marcus S. Topel
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
Tel. (415) 655-4301
Fax (415) 358-4693
MTopel@kasowitz.com

**From**: Josh Boxer [mailto:josh@millslawfirm.com]
**Sent**: Friday, March 22, 2013 08:21 PM
**To**: Marcus S. Topel; russell.jackson@skadden.com <russell.jackson@skadden.com>; Daniel F. Cook
**Cc**: Robert Mills <Robert@millslawfirm.com>; Corey <Corey@millslawfirm.com>; Rob Bramson (rbramson@bramsonplutzik.com) <rbramson@bramsonplutzik.com>; Ron Frederick <ronf@clevelandconsumerlaw.com>; Roger L. Mandel (rlm@lhlaw.net) <rlm@lhlaw.net>; David Senoff (dsenoff@cbmclaw.com) <dsenoff@cbmclaw.com>; William R. Caroselli (wrc@cbmclaw.com) <wrc@cbmclaw.com>; Lauren C. Fantini (lfantini@cbmclaw.com) <lfantini@cbmclaw.com>
**Subject**: AB: Motion to Transfer

Counsel:

Attached please find a courtesy copy of the Motion for Transfer of Actions for Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1704, which we just filed in the JPML.

Best,
Josh

Joshua D. Boxer
The Mills Law Firm
880 Las Gallinas Ave., Suite Two
San Rafael, CA  94903
Phone: (415) 455-1326
Fax: (415) 455-1327
www.millslawfirm.com

# EXHIBIT B

**From:** Josh Boxer
**Sent:** Monday, March 25, 2013 2:55 PM
**To:** 'Marcus S. Topel'
**Subject:** RE: Motion to Transfer

Mark:

Thank you for your response.  Is there a reason why AB is opposing our requested stay pending the determination by the JPML?

Thanks,
Josh

Joshua D. Boxer
The Mills Law Firm
880 Las Gallinas Ave., Suite Two
San Rafael, CA  94903
Phone: (415) 455-1326
Fax: (415) 455-1327
www.millslawfirm.com