**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00506-CMA-MEH

JOEL RICHARDSON, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

    Defendant.

_____

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MOTION TO TRANSFER AND CONSOLIDATE CURRENTLY PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
_____

2

Plaintiff's Motion to Stay came on for hearing before this Court, the Honorable Christine M. Arguello presiding, on _____, 2013. Having reviewed the parties' submissions, heard the arguments of counsel, and considered all other matters presented to the Court and for good cause showing, IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Stay is GRANTED.

IT IS SO ORDERED.

Dated: _____, 2013

_____
The Honorable Christine M. Arguello
JUDGE OF THE UNITED STATES
DISTRICT COURT