## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 28, 2013, I served a true and correct copy of Plaintiff's Notice of Motion and Motion to Stay Proceedings Pending Resolution of the Motion to Transfer and Consolidate Currently Pending Before the Judicial Panel on Multidistrict Litigation; Memorandum of Points and Authorities; Declaration of Robert W. Mills in Support of Motion, Proposed Order; and Plaintiffs Request for Judicial Notice in Support of Motion to Stay, by "Notice of Electronic Filing" that is automatically generated by the court's Electronic Filing System and constitutes service of the filed document on the following ECF participants of record:

**Brian Paul Brosnahan**
Kasowitz, Benson, Torres & Friedman, LLP-San Francisco
101 California Street
Suite 2300
San Francisco, CA 94111
415-421-6140
415-398-5030 (fax)
bbrosnahan@kasowitz.com

representing

**Anheuser-Busch Companies, LLC**
*(Defendant)*

**Michele On-Ja Choe**
Wheeler Trigg O'Donnell, LLP
370 17th Street
Suite 4500
Denver, CO 80202-5647
303-244-1800
303-244-1879 (fax)
choe@wtotrial.com

representing

**Anheuser-Busch Companies, LLC**
*(Defendant)*

**Daniel Frederick Cook**
Kasowitz, Benson, Torres & Friedman, LLP-San Francisco
101 California Street
Suite 2300
San Francisco, CA 94111

representing

**Anheuser-Busch Companies, LLC**
*(Defendant)*

Suite 2300
San Francisco, CA 94111
415-421-6140
415-398-5030 (fax)
dcook@kasowitz.com

**Jacob Nathaniel Foster**
Kasowitz, Benson, Torres &
Friedman, LLP-San Francisco
101 California Street
Suite 2300
San Francisco, CA 94111
415-421-6140
415-398-5030 (fax)
jfoster@kasowitz.com

representing

**Anheuser-Busch
Companies, LLC**
*(Defendant)*

**John R. Trigg**
Wheeler Trigg O'Donnell, LLP
370 17th Street
Suite 4500
Denver, CO 80202-5647
303-244-1800
303-294-1879 (fax)
trigg@wtotrial.com

Dated March 28, 2013

Robert W. Mills
Joshua D. Boxer
Corey B. Bennett
**THE MILLS LAW FIRM**
880 Las Gallinas Avenue, Suite 2
San Rafael, California 94903
Telephone: (415) 455-1326
Email: Josh@millslawfirm.com

*Attorneys for Plaintiff Joel Richardson
and the Proposed Class (CO)*