IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00506-CMA-MEH

JOEL RICHARDSON, on behalf of himself and
all others similarly situated,

        Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

        Defendant.

---

## ENTRY OF APPEARANCE FOR
## N. REID NEUREITER

---

      N. Reid Neureiter of the law firm of Wheeler Trigg O'Donnell LLP, hereby enters his

appearance as attorney of record for and on behalf of Defendant Anheuser-Busch Companies,

LLC.

Dated:   April 8, 2013               Respectfully submitted,

*Original signature on file at the law firm of Wheeler Trigg
O'Donnell LLP*

By:  s/N. Reid Neureiter
       N. Reid Neureiter
       John R. Trigg (#833)
       Michele On-ja Choe (#43656
       N. Reid Neureiter (#29747)
       Wheeler Trigg O'Donnell LLP
       370 Seventeenth Street, Suite 4500
       Denver, CO   80202-5647
       Telephone:  303-244-1800
       Facsimile:  303-244-1879

Email: trigg@wtotrial.com
choe@wtotrial.com
neureiter@wtotrial.com

Marcus S. Topel
Daniel F. Cook
Brian P. Brosnahan
Jacob N. Foster
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: 415.655.4309
Facsimile:  415.520.0727
Email: mtopel@kasowitz.com
Email: dcook@kasowitz.com
Email: bbrosnahan@kasowitz.com
Email: jfoster@kasowitz.com

Attorneys for Defendant
*Anheuser-Busch Companies, LLC*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 8, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Robert Wade Mills**
  rwm@millslawfirm.com

- **John R. Trigg**
  trigg@wtotrial.com

- **Michele On-ja Choe**
  choe@wtotrial.com

- **Marcus S. Topel**
  mtopel@kasowitz.com

- **Daniel F. Cook**
  dcook@kasowitz.com

- **Brian P. Brosnahan**
  bbrosnahan@kasowitz.com

- **Jacob N. Foster**
  jfoster@kasowitz.com

*Original signature on file at the law firm of*
*Wheeler Trigg O'Donnell LLP*

*s/ Shirley Hand for Reid Neureiter*
Shirley Hand