## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00506-CMA-MEH

JOEL RICHARDSON, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

    Defendant.

_____

**SUPPLEMENTAL DECLARATION OF ROBERT W. MILLS IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MOTION TO TRANSFER AND CONSOLIDATE CURRENTLY PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
_____

    I, Robert W. Mills, declare as follows:

    1.    I am an attorney and counsel of record for Plaintiff Joel Richardson, ("Plaintiff") in the above-entitled matter. I am licensed to practice law before this Court. I make this declaration based upon my personal and first-hand knowledge, unless otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

    2.    Plaintiff previously moved the Court to stay this case pending the JPML's decision on a motion to transfer and consolidate this case and five other related other cases to the Northern District of California (Dkt. 13). The JPML has

now entered an order setting the motion to transfer for hearing on May 30, 2013, in Louisville, Kentucky. A true and correct copy of the JPML's order setting the hearing is attached hereto as **Exhibit A**. Thus, the delay resulting from the stay will be brief.

3.  On April 2, 2013, the Plaintiffs in the Pennsylvania action filed a motion to stay that action pending the decision of the JPML, which motion contained virtually the same arguments that Plaintiff Joel Richardson makes in this case. A true and correct copy of the motion to stay filed in the Pennsylvania action is attached hereto as **Exhibit B**.

4.  On April 9, 2013, the court granted such stay. A true and correct copy of the order granting the stay is attached hereto as **Exhibit C**.

5.  On April 10, 2013, without any changes in law or fact, Defendant Anheuser-Busch Companies, LLC ("Defendant" or "AB"), filed an Emergency Motion for Reconsideration in the Pennsylvania Case, objecting on the basis that the court *sua sponte* granted the motion for stay before AB had an opportunity to respond. A true and correct copy of the emergency motion is attached hereto as **Exhibit D.**

6.  On April 10, 2013, Plaintiffs in the Pennsylvania case filed a response to AB's emergency motion. A true and correct copy of the response to the emergency motion is attached hereto as **Exhibit E.**

7.  I declare under penalty of perjury under the laws of the State of Colorado, and of the United States, that the foregoing is true and correct to the

best of my knowledge, and that I could competently testify as to these facts if called as a witness.  Executed in San Rafael, California.

Dated: April 10, 2013

Respectfully submitted,
*Original signature on file at the Mills Law Firm*
**THE MILLS LAW FIRM**

By:  /s/ *Robert W. Mills*
Robert W. Mills (SBN 062154)
880 Las Gallinas Avenue, Suite 2
San Rafael, California 94903
Telephone: (415) 455-1326
Facsimile: (415) 455-1327
E-Mail: Robert@millslawfirm.com

*Attorney for Plaintiff Joel Richardson, and the Proposed Class*