# Exhibit C

Case 1:13-cv-00506-CMA-MEH   Document 20-3   Filed 04/10/13   USDC Colorado   Page 2 of 2
Case 3:13-cv-00017-TCB   Document 29-3   Filed 04/10/13   Page 2 of 2
Case 2:13-cv-01016-TON   Document 6   Filed 04/02/13   Page 1 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS GREENBERG AND GERALD GREENBERG, *on behalf of themselves and all others similarly situated*, | : : : : | CIVIL ACTION NO. 13-1016 |
| PLAINTIFFS, | : : | |
| v. | : : | CLASS ACTION |
| ANHEUSER-BUSCH COMPANIES, LLC, DEFENDANT. | : : : | JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this ___ day of _____, 2013, upon consideration of Plaintiffs' Motion to Stay Pending Decision of the United States Judicial Panel on Multidistrict Litigation, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

BY THE COURT:

_____ J.