IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS GREENBERG and <br> GERALD GREENBERG, on behalf of <br> themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> V. <br><br> ANHEUSER-BUSCH COMPANIES, LLC <br><br> *Defendant*. | Civil Action No. 2:13-cv-01016-TON |

## MEMORANDUM OF LAW IN SUPPORT OF
## DEFENDANT'S EMERGENCY MOTION FOR RECONSIDERATION

Defendant Anheuser-Busch Companies, LLC ("A-B"), through its undersigned counsel files this memorandum of law in support of its motion for reconsideration respectfully asking the Court to reconsider the grant of plaintiffs' Motion to Stay Pending Decision of the United States Judicial Panel on Multidistrict Litigation and vacate the Order of April 9, 3013 (Document 14).

Rule 7.1(g) of the Local Rules of Civil Procedure permits a party to file a motion for reconsideration. The purpose of such motion is to correct manifest errors of law or fact or to present newly discovered evidence. *Burger King Corporation v. New England Hood and Duct Cleaning Company,* 2000 U.S. Dist. LEXIS 1022, at *4–5, 2000 WL 133756. (E.D.Pa. Feb. 4, 2000) (Bechtle, S.J.).

Reconsideration is proper here to correct a clear error of law or fact. On April 2, 2013, Plaintiffs filed a motion to stay this action, informing the court that this action is included within a petition to the United States Judicial Panel on Multidistrict Litigation ("JPML") in which

plaintiffs seek transfer under 28 U.S.C. § 1407. Plaintiffs' motion clearly acknowledged that their counsel had consulted counsel for A-B, and that A-B opposed the motion. Local Rule of Civil Procedure 7.1 (c) gives A-B until April 16, 2013 to file an opposition to the motion to stay. On April 9 – nearly a week before A-B's date to oppose the motion – the Court *sua sponte* granted the motion for stay.

A-B believes this was done in error, based on a notice sent by the JPML that merely advised the Court that this case was subject to a pending petition. A-B does not believe the Court intended to deprive A-B of its right to respond to Plaintiffs' motion. Regardless of why the order issued, however, A-B in fact was denied due process of law because it was not given a fair opportunity to oppose the motion for stay. The mere pendency of a petition for 1407 transfer does not stay proceedings in the trial court, particularly where that petition is opposed by a party. JPML Rule 2.1 (d).

The urgency of vacating this Court's order cannot be overstated. Plaintiff's counsel in a nearly identical action in Dallas, Texas has filed this Court's Order today as supplemental authority supporting a stay of that action, styled *Michael Seidenstein v. Anheuser-Busch Companies, LLC*, Civ. Action No. 3:13-CV-00917-M (N.D. Tex.). Of course, plaintiff's counsel there did not disclose that this Court's order was issued *before* A-B could even be heard as to why this action should not be stayed. If this Court delays in vacating its Order, counsel for plaintiffs in the other actions subject to the JPML petition may also misrepresent this Court's decision.

Because the rules (and due process) guarantee a party the right to oppose a motion *before* it is decided, A-B respectfully requests that the Court immediately vacate its order staying this

action, thereby allowing Anheuser-Busch to file its Opposition on April 16, 2013 prior to any final ruling on Plaintiffs' motion.

Dated: April 10, 2013

Respectfully submitted,

LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO

BY: /s/ Joseph E. O'Neil
Joseph E. O'Neil, Esquire/ID No. 29053
John J. O'Donnell, Esquire/ID No. 46462
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
Tel Nos. (215) 351-7901, (215) 351-7936
Fax Nos.(215) 351-3086, (215) 351-3085
joneil@lavin-law.com
jodonnell@lavin-law.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
J. Russell Jackson, Esquire*
Four Times Square
New York, NY 10036
Tel No. (212) 735-7839
Fax. No. (917) 777 7839
russell.jackson@skadden.com
Edward M. Crane, Esquire*
155 North Wacker Drive
Chicago, IL 60606
Tel No. (312) 407-0700
Fax. No. (312) 407 8503
edward.crane@skadden.com

*Attorneys for Defendant Anheuser-Busch Companies, LLC*

\**Pro Hac Vice* admission pending