**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS GREENBERG AND | : | CIVIL ACTION |
| GERALD GREENBERG, *on behalf of* | : | |
| *themselves and all others* | : | NO. 13-1016 |
| *similarly situated,* | : | |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | CLASS ACTION |
| | : | |
| ANHEUSER-BUSCH COMPANIES, LLC, | : | |
| DEFENDANT. | : | JURY TRIAL DEMANDED |

## ORDER

**AND NOW,** this ____ day of _____, 2013, upon consideration of Defendant Anheuser-Busch Companies, LLC's Emergency Motion for Reconsideration regarding April 9, 2013 Order granting Plaintiffs' Motion to Stay and Plaintiffs' Response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **DENIED**.

BY THE COURT:

_____
J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS GREENBERG AND | : | CIVIL ACTION |
| GERALD GREENBERG, *on behalf of* | : | |
| *themselves and all others* | : | NO.  13-1016 |
| *similarly situated,* | : | |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | CLASS ACTION |
| | : | |
| ANHEUSER-BUSCH COMPANIES, LLC , | : | |
| DEFENDANT. | : | JURY TRIAL DEMANDED |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S EMERGECY MOTION FOR RECONSIDERATION**

Plaintiffs, Thomas Greenberg and Gerald Greenberg, on behalf of themselves and all others similarly situated, by and through their attorneys, Caroselli Beachler McTiernan & Conboy, do hereby respond to Defendant Anheuser-Busch's (hereinafter "AB") Emergency Motion for Reconsideration regarding this Court's April 9, 2013 Order granting Plaintiffs' Motion for Stay Pending a decision by the United States Judicial Panel on Multidistrict Litigation, and in support thereof aver the following:

1. Admitted.

2. Admitted.

3. Admitted in part; denied in part.  It is admitted that Local Rule of Civil Procedure 7.1(c) permits the filing of opposition to a motion up to fourteen (14) days after service of the motion and supporting brief.  It is denied that Local Rule 7.1(c) provides fourteen (14) days to file an opposition to a motion to stay as "a court's broad authority to stay proceedings 'is incident to the power inherent in every court to control the disposition of causes on its docket with economy of time and effort for itself, for counsel and for litigants.'"  *Market-Alerts Pty. Ltd. v. Bloomberg Finance L.P., et al.,*

2013 U.S. Dist. 15300, *30-31 (D.Del. 2013) *citing Bechtel Corp. v. Laborers' Int'l Union,* 544 F.2d 1207 (3d Cir. 1976)(quoting *Landis v. North Amer. Co.,* 299 U.S. 248, 254-55 (1936).).

    4.    Admitted in part; denied in part.  It is admitted that on April 9, 2013 this Court granted Plaintiffs' Motion for Stay.  It is denied that this was done in error as "a court's broad authority to stay proceedings 'is incident to the power inherent in every court to control the disposition of causes on its docket with economy of time and effort for itself, for counsel and for litigants.'"  *Market-Alerts Pty. Ltd. v. Bloomberg Finance L.P., et al.,* 2013 U.S. Dist. LEXIS 15300, *30-31 (D.Del. 2013) *citing Bechtel Corp. v. Laborers' Int'l Union,* 544 F.2d 1207 (3d Cir. 1976)(quoting *Landis v. North Amer. Co.,* 299 U.S. 248, 254-55 (1936).).  "Furthermore, courts have recognized that this power may be exercised *sua sponte*."  *Market-Alerts Pty. Ltd. v. Bloomberg Finance L.P., et al.,* 2013 U.S. Dist. LEXIS 15300, *30-31 (D.Del. 2013) *citing First Nonprofit Ins. Co. v. Alexander,* 2009 U.S. Dist. LEXIS 65178 (E.D. Pa. 2009).

    5.    Admitted in part; denied in part.  It is admitted that the mere pendency of a petition for 1407 transfer does not automatically stay proceedings.  It is denied that a court does not have the inherent power to *sua sponte* stay proceedings.  *See Market-Alerts Pty. Ltd. v. Bloomberg Finance L.P., et al.,* 2013 U.S. Dist. LEXIS 15300, *30-31 (D.Del. 2013); *First Nonprofit Ins. Co. v. Alexander,* 2009 U.S. Dist. LEXIS 65178 (E.D. Pa. 2009).

    6.    Denied.  After reasonable investigation, Plaintiffs' are without sufficient knowledge or information to form a belief as to the truth of said averments, which are therefore denied as a matter of law.

WHEREFORE, Plaintiffs respectfully request that the Court deny Defendant Anheuser-Busch's Motion for Reconsideration.

                                        Respectfully submitted,

                                        CAROSELLI BEACHLER MCTIERNAN & CONBOY

                                BY: s/DAVID S. SENOFF
                                        DAVID S. SENOFF, ESQUIRE
                                        LAUREN C. FANTINI, ESQUIRE

                                        1845 WALNUT STREET, FIFTEENTH FLOOR
                                        PHILADELPHIA, PENNSYLVANIA 19102
                                        T: (215) 609-1350/F: (215) 609-1351
                                        DSENOFF@CBMCLAW.COM
                                        LFANTINI@CBMCLAW.COM

                                        ATTORNEYS FOR PLAINTIFFS
                                        THOMAS GREENBERG AND
Date: April 10, 2013              GERALD GREENBERG AND THE PROPOSED CLASS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS GREENBERG AND | : | CIVIL ACTION |
| GERALD GREENBERG, *on behalf of* | : | |
| *themselves and all others* | : | NO.  13-1016 |
| *similarly situated,* | : | |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | CLASS ACTION |
| | : | |
| ANHEUSER-BUSCH COMPANIES, LLC , | : | |
| DEFENDANT. | : | JURY TRIAL DEMANDED |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION**

Plaintiffs, Thomas Greenberg and Gerald Greenberg, individually, and on behalf of all others similarly situated, do hereby respond to Defendant Anheuser-Busch's (hereinafter "AB") Emergency Motion for Reconsideration regarding this Court's April 9, 2013 Order granting Plaintiffs' Motion for Stay Pending a decision by the United States Judicial Panel on Multidistrict Litigation.

**I.   INTRODUCTION**

There is no need for reconsideration of the Court's April 9, 2013 Order granting Plaintiffs' Motion for Stay Pending a decision by the United States Judicial Panel on Multidistrict Litigation as this Court's broad authority to "stay proceedings 'is incident to the power inherent in every court to control the disposition of causes on its docket with economy of time and effort for itself, for counsel and for litigants.'" *Market-Alerts Pty. Ltd. v. Bloomberg Finance L.P., et al.,* 2013 U.S. Dist. LEXIS 15300, *30-31 (D.Del. 2013) *citing Bechtel Corp. v. Laborers' Int'l Union,* 544 F.2d 1207 (3d Cir. 1976)(quoting *Landis v. North Amer. Co.,* 299 U.S. 248, 254-55 (1936)).  "Furthermore, courts have recognized that this power may be exercised *sua sponte.*" *Market-Alerts Pty.*

*Ltd. v. Bloomberg Finance L.P., et al.,* 2013 U.S. Dist. LEXIS 15300, *30-31 (D.Del. 2013) *citing First Nonprofit Ins. Co. v. Alexander,* 2009 U.S. Dist. LEXIS 65178 (E.D. Pa. 2009).

## II.     ARGUMENT

As stated by Defendant, the purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence.  Because there has been no "manifest error of law or fact" and Defendants have not presented any "newly discovered evidence" reconsideration is not only unnecessary in this case, it is unwarranted.

Reconsidered is unwarranted as a "court's broad authority to stay proceedings 'is incident to the power inherent in every court to control the disposition of causes on its docket with economy of time and effort for itself, for counsel and for litigants.'" *Market-Alerts Pty. Ltd. v. Bloomberg Finance L.P., et al.,* 2013 U.S. Dist. LEXIS 15300, *30-31 (D.Del. 2013) *citing Bechtel Corp. v. Laborers' Int'l Union,* 544 F.2d 1207 (3d Cir. 1976)(quoting *Landis v. North Amer. Co.,* 299 U.S. 248, 254-55 (1936).).  "Furthermore, courts have recognized that this power may be exercised *sua sponte.*" *Market-Alerts Pty. Ltd. v. Bloomberg Finance L.P., et al.,* 2013 U.S. Dist. LEXIS 15300, *30-31 (D.Del. 2013) *citing First Nonprofit Ins. Co. v. Alexander,* 2009 U.S. Dist. LEXIS 65178 (E.D. Pa. 2009).

In the present case, this Court's April 9, 2013 Order *sua sponte* granting Plaintiffs' Motion to Stay was a proper exercise of the Court's inherent authority to

control its own docket for purposes of judicial economy and therefore should neither be reconsidered nor vacated. *See id.*[1]

### III. CONCLUSION

For all the foregoing reasons, Plaintiffs respectfully requests that this Honorable Court deny Defendant's Emergency Motion for Reconsideration.

Respectfully submitted,

CAROSELLI BEACHLER MCTIERNAN & CONBOY

BY: s/DAVID S. SENOFF
DAVID S. SENOFF, ESQUIRE
LAUREN C. FANTINI, ESQUIRE

1845 WALNUT STREET, FIFTEENTH FLOOR
PHILADELPHIA, PENNSYLVANIA 19102
T: (215) 609-1350/F: (215) 609-1351
DSENOFF@CBMCLAW.COM
LFANTINI@CBMCLAW.COM

ATTORNEYS FOR PLAINTIFFS
THOMAS GREENBERG AND
Date: April 10, 2013        GERALD GREENBERG AND THE PROPOSED CLASS

---

[1] Although not necessary for decision of the present Motion, the United States District Court for the Middle District of Pennsylvania in granting a stay pending a decision of the JPML concluded that such a stay was proper in order to conserve judicial resources during the pendency of a motion to consolidate or transfer before the JPML. *Pa. v. The McGraw-Hill Companies, Inc., et al.,* 2013 U.S. Dist. LEXIS 49462 (M.D. Pa. April 5, 2013).

## **CERTIFICATION OF SERVICE**

I, David S. Senoff, Esquire, do hereby certify that a true and correct copy of the Plaintiffs' Response to Defendant's Motion for Reconsideration was filed electronically on April 10, 2013, and is available for viewing and downloading from the ECF system.

CAROSELLI BEACHLER MCTIERNAN & CONBOY

BY: s/DAVID S. SENOFF
DAVID S. SENOFF, ESQUIRE
LAUREN C. FANTINI, ESQUIRE

1845 WALNUT STREET, FIFTEENTH FLOOR
PHILADELPHIA, PENNSYLVANIA 19102
T: (215) 609-1350/F: (215) 609-1351
DSENOFF@CBMCLAW.COM
LFANTINI@CBMCLAW.COM

ATTORNEYS FOR PLAINTIFFS
THOMAS GREENBERG AND
GERALD GREENBERG AND THE PROPOSED CLASS