## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-CV-00506-CMA

**JOEL RICHARDSON, Individually and On Behalf of All Others Similarly Situated**,

    Plaintiff,

v.

**ANHEUSER-BUSCH COMPANIES, LLC**,

    Defendant.

---

**DECLARATION OF MARCUS S. TOPEL IN SUPPORT OF ANHEUSER-BUSCH COMPANIES, LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MOTION TO TRANSFER AND CONSOLIDATE CURRENTLY PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

I, MARCUS S. TOPEL, declare as follows:

1. I am an attorney authorized to practice in the courts of California and in the United States District Court of Colorado.  I am a partner of Kasowitz, Benson, Torres & Friedman, LLP, counsel for Anheuser-Busch Companies, LLC ("Anheuser-Busch") in these proceedings.  I have personal knowledge of the facts stated herein and if required could and would testify under oath.

2. Plaintiff filed a putative class action in this matter on February 27, 2013.  Within one week of the filing of the complaint in this action, other complaints were filed in federal district courts in five other states and in state courts in Missouri and Florida.

3. The Mills Law Firm of San Rafael, California, is counsel of record in two of the six federal lawsuits and one state lawsuit, and has spoken to the press on behalf of all

**EXHIBIT 1**

federal lawsuits. As part of the media campaign, Josh Boxer, an attorney for the Mills Law Firm, informed the media that he was the lead attorney coordinating the lawsuits in various states. Mr. Boxer and other counsel representing Plaintiff gave numerous statements to many media outlets. These out of court statements by counsel generated significant nationwide publicity and negative news coverage. Attached hereto as **Exhibit A** is a true and correct copy of a compilation of media statements by counsel for Plaintiff regarding this lawsuit.

4. Anheuser-Busch has acted expeditiously not only in responding to the complaint in this action, but in the other actions as well. Anheuser-Busch requested a very short 14-day extension of time to respond to the complaint in order to allow it to assess the unique individual state law issues in each state prior to filing motions to dismiss.

5. After Anheuser-Busch filed its motion to dismiss in this action, Plaintiffs filed a motion before the JPML on March 22, 2013. Anheuser-Busch's answer to the MDL motion was due and was filed on April 15, 2013, in opposition to Plaintiffs' motion seeking MDL status. The JPML has set Plaintiffs' motion for hearing on May 30, 2013.

6. On April 12, 2013, the United States District Court for the Northern District of Texas granted the motion for a stay pending decision by the JPML. Attached hereto as **Exhibit B** is a true and correct copy of the order granting the motion to stay.

7. On April 18, 2013, the United States District Court for the District of Ohio reached the opposite conclusion in denying the request for a stay. Attached hereto as **Exhibit C** is a true and correct copy of the order denying the request to stay.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22th day of April, 2013.

By: s/ Marcus S. Topel