# EXHIBIT A

# Statements by Plaintiffs' Counsel

| No. | Date | Publication | Statement/Quote |
|---|---|---|---|
| 1 | 2/27/13 | AOL Money | According to The Chicago Tribune, the lead lawyer, Josh Boxer, said that information had come from former employees, who had made the original claim that the beers were being watered down. The newspaper said that the plaintiffs did not independently test the alcohol content in the beers. |
| 2 | 2/26/2013 | Associated Press | Lead lawyer Josh Boxer of San Francisco said Tuesday the suits are based on information from former employees at some of the company's 13 U.S. breweries. |
| 3 | 2/26/2013 | Associated Press | Boxer says the water is added just before bottling, and cuts the stated alcohol content by 3 to 8 percent. |
| 4 | 2/27/13 | Beer Business Daily | The lawsuits are based on information from former employees at A-B's 12 U.S. breweries, some in high-level plant positions, according to lead lawyer Josh Boxer.  "Our information comes from former employees at Anheuser- Busch, who have informed us that as a matter of corporate practice, all of their products mentioned (in the lawsuit) are watered down," Boxer said. "It's a simple cost-saving measure, and it's very significant."  The excess water is added just before bottling and cuts the stated alcohol content by 3 percent to 8 percent, he said. |
| 5 | 2/27/13 | Beer Business Daily | "Our information comes from former employees at Anheuser-Busch, who have informed us that as a matter of corporate practice, all of their products mentioned (in the lawsuit) are watered down," Boxer said. "It's a simple cost-saving measure, and it's very significant." |
| 6 | 2/27/13 | Beer Marketer's INSIGHTS | Also told Bloomberg that adding the water "cuts the stated alcohol content by 3 to 8 %." |

| | | | |
|---|---|---|---|
| 7 | 2/26/2013 | Bloomberg | Total damages "could be quite significant based on the volume of products that AB produces a year," Boxer said. |
| 8 | 2/26/2013 | Bloomberg | "On information and belief this is a corporate policy of AB to intentionally short the alcohol content," Boxer said in a phone interview. "We believe this is a corporate policy that comes from AB InBev and trickles down." |
| 9 | 2/27/13 | Brandchannel.com | Josh Boxer, the lead attorney for the suit in California, said that the eventual cash reward "could be quite significant based on the volume of products that AB produces a year," Bloomberg reports. |
| 10 | 2/27/13 | Business 2 Community | They have claimed that the watering-down is, as Maryclaire quotes the lead lawyer, "a simple cost-saving measure, and it's very significant." Budweiser quickly responded, denying all claims and stating that Budweiser uses, as Sara Sjolin for MarketWatch quotes the VP of brewing, "the most sophisticated process control technology in the world" in order to adhere to the highest standards of quality and ensure alcohol content is correct. |
| 11 | 2/27/13 | Chicagoist | California lawyer Josh Boxer, the lead lawyer in the suit, said the information is "a simple cost-saving measure, and it's very significant." Anheuser-Busch InBev vice president of brewing and supply Peter Kraemer said in a statement the claims were "groundless." |
| 12 | 2/27/13 | CNBC | *Josh Boxer:* Uh, this case derives from former employees at Anheuser-Busch at all varying levels, at multiple plants throughout the country who have all told us the exact same thing. |
| 13 | 2/27/13 | CNBC | *Josh Boxer:* Anheuser-Busch is intentionally misrepresenting the alcohol content of its beers as a matter of corporate policy across the board, and it's taking tens of millions of dollars out of your pocket and my pocket. |
| 14 | 2/27/13 | CNBC | *Josh Boxer:* Anheuser-Busch has really done the testing for us in this case. |

| 15 | 2/27/13 | CNBC | *Josh Boxer:* Sure, and it's a great question because testing is at the heart of the case. You know in fact Anheuser-Busch uses tens of millions of dollars to do these tests and to do it uniformly at the very final stages of brewing. Uh, because the manner in which Anheuser-Busch does their testing can't be replicated in a lab, uh, our, the evidence in this complaint is based upon the information that we obtained from former employees. |
| --- | --- | --- | --- |
| 16 | 2/27/13 | CNBC | *Josh Boxer:* That's correct. Anheuser-Busch has done the testing, and the discovery in this case is going to bear that out. |
| 17 | 2/27/13 | CNBC | *Josh Boxer:* Uh, it's our understanding that Anheuser-Busch was doing this before the merger. However, after the merger they have stretched this even further, uh, including additional brands and diluting their product even further. |
| 18 | 2/27/13 | CNBC | *Josh Boxer:* Uh, they're looking for two things really. And first and foremost, they're looking for Anheuser-Busch to stop. they have the capability, if they wanted to, to tell consumers exactly what it is that's in their cans and in their bottles. So number one is we want them to stop. number two, there are millions of consumers out there who feel cheated, and we've been flood with phone calls and e-mails from people who feel the same way, and those people feel that they deserve restitution for the excess water that they have been paying good money for. |
| 19 | 2/27/13 | CNBC | *Josh Boxer:* Uh, you know, the information that we have leads only to Budweiser. It's certainly conceivable that others are doing it. it's our understanding, however, that Budweiser, Anheuser-Busch was really ahead of the curve here and uh developing – |

| 20 | 2/27/13 | CNBC | *Josh Boxer:* Uh, I don't know if it's likely across the industry or not. What I do know is that there are some very smart engineers there who made probably a very calculated risk and business decision to install some very high-tech equipment in order to water down their product. Now if that's made its way to other brands, we don't know.  Uh, we assume with the publicity coming out we may learn some things about other brands and other companies as well. |
|---|---|---|---|
| 21 | 2/27/13 | CNBC | *Josh Boxer:* Thank you – appreciate it. |
| 22 | 2/27/13 | CNN | *Robert Mills:* The lawsuits allege that Anheuser-Busch adds water to its beers, waters it down, and mislabels the stated alcohol content on the labels of the cans of beer of the beer they sell. |
| 23 | 2/27/13 | CNN | *Robert Mills:* The people that calibrate the instruments, the people that were in charge in these breweries, of handling these issues, have told us, this is what's happening. |
| 24 | 2/27/13 | Complex | Each of them accuse Anheuser-Busch of keeping "the alcohol level for each batch of malt beverage at specifications above the desired final product at least initially then [adding] water and CO2 to the final stage of the brewing process." This drops the alcohol content by three to eight percent. |
| 25 | 2/27/13 | Examiner | Lead lawyer Josh Boxer of San Rafael, Calif. says from Anheuser-Busch employees have stated it is company policy to water down the beers in an effort to cut costs. Some of the employees are said to be or have been high-ranking within the company. |
| 26 | 2/26/2013 | Gawker | According to Josh Boxer, the attorney for the plaintiffs in California, the watering down came to light via several whistle-blowing former Anheuser-Busch employees. |
| 27 | 2/26/2013 | Gawker | "Our information comes from former employees at Anheuser-Busch, who have informed us that, as a matter of corporate practice, all of their projects mentioned [in the lawsuit] are watered down" lead lawyer Josh Boxer said. |

| 28 | 2/26/2013 | Gawker | In addition to five million dollars in damages, the plaintiffs are seeking a court order that would require a "corrective advertising campaign." According to Boxer, additional lawsuits are forthcoming in Ohio and Colorado. |
|---|---|---|---|
| 29 | 2/27/13 | Inside Council | Plaintiffs attorney Josh Boxer says his clients' claims aren't based on independent testing of Anheuser-Busch products, but rather on inside information. "We learned about the mislabeling from a number of former employees of AB (Anheuser-Busch) at breweries throughout the United States," he told Thomson Reuters. "And some high-level guys at the brewery level all told us that as a matter of AB corporate policy, these target brands are watered down." |
| 30 | 2/27/13 | International Business Times | According to Boxer, this practice was common and was done in order to get more profit. |
| 31 | 2/27/13 | Just-Drinks | "Our information comes from former employees at Anheuser-Busch, who have informed us that, as a matter of corporate practice, all of their products mentioned (in the lawsuit) are watered down," lead lawyer Josh Boxer was cited as saying. |
| 32 | 2/27/13 | KDSK – St. Louis | *Josh Boxer:* According to our lawsuit they know very well exactly how much alcohol is going into every can and every bottle and every keg, but are intentionally misleading the public. |
| 33 | 2/27/13 | KDSK – St. Louis | *Josh Boxer:* What we understand from former workers who are very well-versed on how it is that AB tests their products that you can never obtain the same type of accuracy if you don't use their statistical process controls. |
| 34 | 2/27/13 | KDSK – St. Louis | *Josh Boxer:* We're certainly not changing our position any time soon. |
| 35 | 2/27/13 | Lawyer Herald | "We learned about the mislabeling from a number of former employees of AB (Anheuser-Busch) at breweries throughout the United States," Boxer said. "And some high-level guys at the brewery level all told us that as a matter of AB corporate policy, these target brands are watered down." |

| 36 | 2/27/13 | New York Post | But the final total "could be quite significant based on the volume of products that AB produces a year," said Josh Boxer, lawyer for the California plaintiffs. |
|---|---|---|---|
| 37 | 2/27/13 | Newser | The watering down is "a simple cost-saving measure and it's very significant," Boxer says. |
| 38 | 2/27/13 | NPR.org | "Our information comes from former employees at Anheuser-Busch, who have informed us that, as a matter of corporate practice, all of their products mentioned [in the lawsuit] are watered down," Josh Boxer, a lead attorney in the lawsuit, tells The Associated Press. |
| 39 | 2/27/13 | Opposing Views | "Our information comes from former employees at Anheuser-Busch, who have informed us that as a matter of corporate practice, all of their products mentioned (in the lawsuit) are watered down," Boxer told NBC. "It's a simple cost-saving measure, and it's very significant." |
| 40 | 2/27/13 | The Consumerist | "We know because Anheuser-Busch takes several readings in each line in each brewery 24 hours a day" and uses the data to water the beer down to, or below, the promised alcohol content," he says. "We've spoken with former employees who have confirmed" that beer often leaves the plants with a little less than 5% alcohol, saving "tens of millions of dollars a year by substituting high-quality ingredients with the cheapest ingredients, which is water." |
| 41 | 2/27/13 | The Philadelphia Inquirer | "We know because Anheuser-Busch takes several readings in each line in each brewery 24 hours a day" and uses the data to water the beer down to or below the promised alcohol content, said Josh Boxer, a lawyer for the Mills Law Firm of San Rafael, Calif., which is coordinating multiple weak-beer suits. |
| 42 | 2/27/13 | The Philadelphia Inquirer | "We've spoken with former employees who have confirmed" that beer often leaves the plants with a little less than 5 percent alcohol, saving "tens of millions of dollars a year by substituting high-quality ingredients with the cheapest ingredient, which is water," Boxer added. |

| 43 | 2/27/13 | Time | "AB's customers are overcharged for watered-down beer and AB is unjustly enriched by the additional volume it can sell," lawyers stated in a Philadelphia court, per Bloomberg News. |
| --- | --- | --- | --- |
| 44 | 2/27/13 | Time | In San Francisco, lead attorney Josh Boxer, said, "Consumers are paying good money for beer that they think has a certain quality and characteristic that it doesn't have." |
| 45 | 2/27/13 | UPI.com | Josh Boxer, attorney for the California complainants, said the allegations based on information from former workers at some of the company's 13 U.S. breweries. "On information and belief this is a corporate policy of AB to intentionally short the alcohol content. We believe this is a corporate policy that comes from AB InBev and trickles down." |
| 46 | 2/27/13 | Yahoo! | Josh Boxer, a lawyer from California coordinating the lawsuits, told the Inquirer the plaintiffs have "spoken with former employees" that the company saves "tens of millions of dollars" annually by using cheaper ingredients.<br>Plaintiffs also allege the former employees say beer comes out at slightly less than 5 percent alcohol by volume. |
| 47 | 2/27/13 | Yahoo! | Boxer told the Los Angeles Times , "All of their products [mentioned in the lawsuit] are watered down." His information is based upon former employees, some he alleges were in high-level positions. Added water supposedly cuts alcohol content by 3 percent to 8 percent. |

| 48 | 2/28/13 | Beer Marketer's INSIGHTS | CNBC's Maria Bartiromo and Scott Wapner grilled plaintiff atty Josh Boxer: "Have you guys tested the beer independently?" they repeatedly asked Boxer. It took a while to get an answer but he finally acknowledged that so far suit relies only on word of employees who said it's standard practice to add water at end of brewing process to water down Bud Light, Bud and 8 other AB brands. "So the answer is no," Maria pressed. Boxer claims AB "has done the testing" for them and added that "discovery in this case is going to bear that out." Claimed AB had been doing this "before the merger," but after InBev took over, "they have stretched this even further." Asked if he has checked if other brewers' brands may be watered down too, Boxer said "it's certainly conceivable," but he had no info to indicate that so far. His "understanding" was AB "was really ahead of the curve" on this, adding some "very smart engineers" made a "very calculated risk and business decision to install some very high-tech equipment" to water down beers. |
|---|---|---|---|
| 49 | 2/28/13 | BlackBook Magazine | "Our information comes from former employees at Anheuser-Busch, who have informed us that, as a matter of corporate practice, all of their products mentioned [in the lawsuit] are watered down," lead lawyer Josh Boxer said. |
| 50 | 2/28/13 | KDSK Blog | "According to our lawsuit, they know very well exactly how much alcohol is going in to every can, every bottle, every keg, but are intentionally misleading the public," said Josh Boxer, lead attorney for the plaintiffs. |
| 51 | 2/28/13 | KDSK Blog | "What we understand from former workers who are well versed on how A-B tests their products, that you could never obtain the same type of accuracy if you don't use their statistical process controls," Boxer said. |
| 52 | 2/28/13 | KDSK Blog | And since we did not use A-B's statistical controls, Boxer said our findings didn't mean much. |
| 53 | 2/28/13 | KDSK Blog | "We're certain not changing course anytime soon," he said. |

| | | | |
|---|---|---|---|
| 54 | 2/28/13 | KDSK – St. Louis | *Josh Boxer:* I would not be surprised if people come up with lab tests here and there that they think indicates that they're on spec or not as far off as we contend. fortunately for us Anheuser Busch does those tests and they retain the records. The data won't be able to lie. So we're very confident that our claims will be borne out through the discovery process. |
| 55 | 2/28/13 | Western Daily Press | "Our information comes from former employees at Anheuser-Busch who have informed us that as a matter of corporate practice, all of their products mentioned (in the lawsuit) are watered down," Mr. Boxer said. "It's a simple cost- saving measure, and it's very significant." |
| 56 | 3/1/13 | CNN | *Josh Boxer:* The most accurate data as we've discussion it going to come from Anheuser-Busch because they do their testing 6 times per second and they use different technology, in fact, than the laboratory you used. |
| 57 | 3/1/13 | CNN Wire | Joshua Boxer, an attorney for the plaintiffs, said he wasn't surprised by how CNN's results differed from the brewer's figures. |
| 58 | 3/1/13 | CNN Wire | The lawsuit's claims are partly based on internal information from former Anheuser-Busch employees, and the suit will be seeking the beer maker's internal numbers on alcohol content, Boxer said. |
| 59 | 3/1/13 | CNN Wire | "That's the proof you should actually be asking for," Boxer told CNN. |
| 60 | 3/1/13 | CNN Wire | The plaintiffs' attorneys believe a bottle of Budweiser has 4.7% alcohol instead of the label's 5% figure. Over a year of brewing, that alcohol difference amounts to "tens of millions" of dollars in savings for the company, Boxer said. |
| 61 | 3/1/13 | CNN Wire | "The most accurate data, as we discussed, is going to come from Anheuser-Busch because they do their testing six times per second," Boxer said. "And they use different technology, in fact, from the laboratories you used." |

| 62 | 3/1/13 | CultureMap Houston | "Our information comes from former employees at Anheuser-Busch, who have informed us that as a matter of corporate practice, all of their products mentioned (in the lawsuit) are watered down," lead lawyer Josh Boxer tells the Associated Press. "It's a simple cost-saving measure, and it's very significant." |
|----|--------|--------------------|-----|
| 63 | 3/1/13 | The Bayou | Our information comes from former employees at Anheuser-Busch, who have informed us that as a matter of corporate practice, all of their products mentioned (in the lawsuit) are watered down. It's a simple cost-saving measure, and it's very significant. Consumers are paying good money for beer that they think has a certain quality and characteristic that it doesn't have. |
| 64 | 3/1/13 | Patch.com | "We know Anheuser-Busch takes several readings in each line in each brewery 24 hours a day" and uses the data to water the beer down to, or below, the promised alcohol content, Josh Boxer, a lawyer for the Mills Law Firm, San Rafael, Calif., told philly.com. Boxer's firm is coordinating multiple weak-beer suits. |
| 65 | 3/2/13 | UPI.com | Joshua Boxer, who represents two California residents who filed the lawsuit this week, says the company saves millions of dollars every year in small reductions in alcohol content. The suit did not list alleged strengths, but Boxer said the plaintiffs believe Budweiser averages 4.7 percent alcohol. |
| 66 | 3/3/13 | Bloomberg | The brewer's ads are "classic non-denial denials which completely ignore the merits of our lawsuit," Josh Boxer, an attorney at the Mills Law Firm in San Rafael, California, wrote in an e-mail today. The firm is representing plaintiffs in the San Francisco case. |
| 67 | 3/3/13 | Daily Mail | Josh Boxer, an attorney behind the legal challenge, acknowledged his San Rafael, California-based Mills Law Firm is not basing its claims on independent testing of Anheuser-Busch products taken from store shelves. |

| | | | |
|---|---|---|---|
| 68 | 3/3/13 | Daily Mail | 'We learned about the mislabeling from a number of former employees of AB (Anheuser-Busch) at breweries throughout the United States,' Boxer said. 'And some high-level guys at the brewery level all told us that as a matter of AB corporate policy, these target brands are watered down.' |
| 69 | 3/3/13 | Daily Mail | Aside from the lead lawsuit in California, companion suits were being filed this in New Jersey, Pennsylvania and other states, Boxer said. |
| 70 | 3/3/13 | Daily Mail | The plaintiffs' attorneys plan to ask a judge to designate their legal challenges as a class-action lawsuit. |
| 71 | 3/3/13 | The Associated Press | Boxer said in a statement Sunday that the ads amount to "classic non-denial denials." He said that the company will be asked to produce internal alcohol testing data in court that will prove his case. |
| 72 | 3/3/13 | The Associated Press | "These alcohol readings, taken six times a second as the finished product is bottled, will confirm the allegations made by the growing number of former employees who keep coming forward to tell us the truth," he said. |
| 73 | 3/4/13 | BBC | "Our information comes from former employees at Anheuser-Busch, who have informed us that, as a matter of corporate practice, all of their products mentioned [in the lawsuit] are watered down," lead lawyer Josh Boxer said. |
| 74 | 3/4/13 | BBC | Lead lawyer Josh Boxer says former employees came forward with evidence. |
| 75 | 3/4/13 | BBC | The lawsuit alleged that the practice began after the US firm Anheuser-Busch merged with the Belgian-Brazilian Inbev in 2008 to form the world's largest alcohol producer. |
| 76 | 3/4/13 | BBC | "Following the merger, [Anheuser-Busch] vigorously accelerated the deceptive practces, sacrificing the quality products once produced by Anheuser-Busch in order to reduce costs," the lawsuit said. |

| 77 | 3/4/13 | BBC | Mr Boxer said that the company would be called on in court to disclose its own internal testing data from its factories. |
|---|---|---|---|
| 78 | 3/4/13 | BBC | "These alcohol readings, taken six times a second as the finished product is bottled, will confirm the allegations made by the growing number of former employees who keep coming forward to tell us the truth," he said. |
| 79 | 3/4/13 | Bitter Wallet | The lawsuit lead lawyer, Josh Boxer, said: "Our information comes from former employees at Anheuser-Busch, who have informed us that, as a matter of corporate practice, all of their products mentioned [in the lawsuit] are watered down," and that "Anheuser-Busch employs some of most sophisticated process control technology in the world to precisely monitor the alcohol content at the final stages of production, and then adds additional water to produce beers with significantly lower alcohol contents than is represented on the labels". |
| 80 | 3/4/13 | Bitter Wallet | Company insiders came forward to offer this information, which AB completely reject, with Boxer stating: "These alcohol readings, taken six times a second as the finished product is bottled, will confirm the allegations made by the growing number of former employees who keep coming forward to tell us the truth," he said. |
| 82 | 3/4/13 | Brand Channel | Josh Boxer, an attorney for plaintiffs in the California case, said Sunday that the ads were pretty much "classic non-denial denials," the AP reported. Boxer also noted that the internal alcohol testing data that AB InBev has been asked to produce in court will tell the true story: "These alcohol readings, taken six times a second as the finished product is bottled, will confirm the allegations made by the growing number of former employees who keep coming forward to tell us the truth." |

| 83 | 3/4/13 | Drinks Business | Josh Boxer, The lawyer representing the plaintiff in San Francisco that has filed against AB InBev, called the ads, "classic non-denial denials which completely ignore the merits of our lawsuit." |
| --- | --- | --- | --- |
| 84 | 3/4/13 | Epoch Times | Josh Boxer, who leads the class action lawsuit, says that this is not true: "Our information comes from former employees at Anheuser-Busch, who have informed us that, as a matter of corporate practice, all of their products mentioned [in the lawsuit] are watered down," he told the BBC. |
| 85 | 3/4/13 | Express | The water cuts the alcohol content by 3-8%, according to the lawsuit's lead lawyer Josh Boxer. The lawsuits are based on information from former employees at the company's 13 US breweries, some in top-level plant positions, he has said. |
| 86 | 3/4/13 | KTVI-TV | The lawyer who filed the suit says less alcohol would save the company tens of millions of dollars. |
| 87 | 3/4/13 | Marketing Daily | Joshua Boxer, the plaintiff's lead attorney, has claimed that added water cuts alcohol content by 3 – 8%, according to information gathered from former employees of the company's U.S. breweries, some of them in high-level positions, the AP reports. Yesterday's ads do not directly address that issue, and Boxer labeled them "classic non-denial denials." |
| 88 | 3/4/13 | Marketing Daily | Plaintiff's attorney Boxer tells CNN that it should have gone after the brewer's internal numbers on alcohol content, which is what he will be doing in court, because they are "more accurate." He claims that a bottle of Budweiser has 4.7% alcohol instead of the label's 5% figure and that the difference amounts to "tens of millions" of dollars in savings for A-B InBev over the course of a year. |

| 89 | 3/4/13 | New York Daily News | Attorney Josh Boxer, whose San Rafael, California-based Mills Law Firm is behind the challenge, told Business Insider, "We learned about the mislabeling from a number of former employees of AB (Anheuser-Busch) at breweries throughout the United States." |
|---|---|---|---|
| 90 | 3/4/13 | New York Daily News | "And some high-level guys at the brewery level all told us that as a matter of AB corporate policy, these target brands are watered down," added Boxer. |
| 91 | 3/4/13 | Sky News | Lawyers for the beer drinkers have sought production line quality control records, which they say reveal the scale of the alleged action. |
| 92 | 3/4/13 | The Telegraph | The suits are based on claims from former employees at Anheuser-Busch that excess water is added just before bottling to reduce the alcohol content by up to 8pc, according to lead lawyer Josh Boxer, allegations which the brewer denies. |
| 93 | 3/4/13 | The Telegraph | "Our information comes from former employees at Anheuser-Busch, who have informed us that as a matter of corporate practice, all of their products mentioned [in the lawsuit] are watered down," Mr Boxer said last week. "It's a simple cost-saving measure, and it's very significant." |
| 94 | 3/5/2013 | Lawyer.com (Adds Black Crown) | "We don't have a firm number on that yet," says Joshua D. Boxer of the Mills Law Firm, one of the plaintiffs' attorneys in California. "It's going to be somewhat of a challenge determining the exact number of consumers given that no one registers or keeps records necessarily of who purchases Anheuser-Busch products." |
| 95 | 3/5/2013 | Lawyer.com | Boxer says that the law firm learned of the watering down from former employees of the brewing company. "We wound up speaking to individuals who worked at many plants around the country at various positions. These are the people calibrating and maintaining alcohol testing and implementing corporate policies," he says. "They've all told us a very consistent story of Anheuser- Busch's consistent mislabeling." |