# EXHIBIT C

GRANTED: _____  DENIED: X
IT IS SO ORDERED.
[signature] 4/4/13
U.S. District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN HOPKINS, et al., on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>Defendant. | Case No. 1:13-cv-413<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MOTION TO TRANSFER AND CONSOLIDATE CURRENTLY PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**DEMAND FOR JURY TRIAL** |

### NOTICE OF MOTION TO STAY

Plaintiffs, John Hopkins, Miguel Figueroa, and Nichole Mangle ("Plaintiffs"), by and through their attorney, move to stay the present action pending resolution of the Joinder in Motion to Transfer and Consolidate, currently pending before the Judicial Panel on Multidistrict Litigation ("Multidistrict Panel").

This Motion is based on the fact that eight virtually-identical actions are now pending in against the same Defendant, based on the same legal and factual contentions, in eight different states, including six judicial districts. Because these actions involve common issues of fact and law, to conserve judicial resources and avoid the inherent risk of inconsistent rulings by multiple district court judges regarding the overlapping classes, and to serve the convenience of witnesses and parties, the Plaintiffs in this case filed a joinder in the motion to transfer all of the related actions to the California Court for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. That motion is now pending before the Joint Panel on Multidistrict Litigation, and

- 1 -

Case 1:13-cv-00506-CMA-MEH   Document 22-4   Filed 04/22/13   USDC Colorado   Page 3 of 3
Case: 1:13-cv-00413-DCN  Doc #: 15  Filed: 04/18/13  2 of 2.  PageID #: 147
Case: 1:13-cv-00413-DCN  Doc #: 8  Filed: 04/09/13  2 of 8.  PageID #: 41

should be heard in just two months during the Panel's May 30, 2013 hearing session. However, in order to avoid inconsistent rulings while that motion is pending, and to conserve judicial resources and alleviate the burden on all parties, this Court should stay the pending action pending the determination of the transfer motion by the Joint Panel on Multidistrict Litigation.

Plaintiffs' counsel gave notice to Defendant's counsel of their intention to seek a stay of these proceedings pending the determination by the JPML, however, Defendants' counsel declined without providing any explanation.[1]

---

[1] See accompanying declaration of Ronald I Frederick ("Frederick), Exhibit A.