**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00506-CMA-MEH

JOEL RICHARDSON, on behalf of
himself and all others similarly situated,

    Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

    Defendant.

_____

**SECOND SUPPLEMENTAL DECLARATION OF ROBERT W. MILLS IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MOTION TO TRANSFER AND CONSOLIDATE CURRENTLY PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
_____

    I, Robert W. Mills, declare as follows:

    1. I am an attorney and counsel of record for Plaintiff Joel Richardson, ("Plaintiff") in the above-entitled matter. I am licensed to practice law before this Court. I make this declaration based upon my personal and first-hand knowledge, unless otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

    2. The attorneys in my firm and I did not issue a single press release, nor did we initiate contact with a single member of the press, until after we were first contacted by

the press. At that time, both my firm and AB's Vice President responded to media inquiries, and AB's media department issued multiple press releases.

3. AB also used its official Twitter account, "@Budweiser," to reach out to the masses, "retweeting" press accounts it found favorable, while denouncing this litigation. See https://twitter.com/Budweiser.

4. After the initial news about this case had died down, AB brought it back to life by taking out full-page advertisements in the Sunday edition of ten major metropolitan newspapers, including The New York Times, mocking the cases filed against it, but failing to deny the facts alleged herein. See, e.g., http://anheuser-busch.com/index.php/anheuser-busch-statement-on-lawsuit/.

5. AB's publicity stunt naturally generated extensive additional public and media interest, and several news outlets reported on their media campaign, noting that AB did not deny the allegations contained in these complaints. See, e.g. http://consumerist.com/2013/03/04/anheuser-busch-mocks-watery-claims-in-new-ad-they-must-have-tested-one-of-these/

6. Further, while lamenting the publicity surrounding this case, AB tweeted about its advertisements and press stories to its thousands of followers. This includes a tweet on April 2, 2013 with a link to the full-page advertisements it put out. See https://twitter.com/Budweiser/status/308016447618174976.

7. After the publicity surrounding AB's massive advertising buy died down, AB generated further headlines when it sued James Clark, a former employee of AB, who resigned after complaining ". . . over several years to approximately twenty senior managers about how the alcohol content of its beverages differed from what was

advertised."   See   e.g   http://www.huffingtonpost.com/2013/04/02/budweiser-watered-down-beer_n_3000365.html?utm_hp_ref=business.   Mr. Clark's Declaration in support of his anti-SLAPP motion, and the motion itself, are attached to Plaintiffs' Request for Judicial Notice, filed herewith, as **Exhibit D**.

8. AB issued another press release once Mr. Clark filed his anti-SLAPP motion, essentially admitting that AB's lawsuit was based on Mr. Clark's participation in this litigation.   See   http://anheuser-busch.com/index.php/anheuser-busch-statement-on-lawsuit-2/.

9. My office and I did not make any public comments regarding AB's lawsuit against Mr. Clark or Mr. Clark's anti-SLAPP action against AB.

I declare under penalty of perjury under the laws of the State of Colorado, and of the United States, that the foregoing is true and correct to the best of my knowledge, and that I could competently testify as to these facts if called as a witness. Executed in San Rafael, California.


Dated: April 23, 2013                                Respectfully submitted,
                                                     *Original signature on file at The Mills Law Firm*
                                                     **THE MILLS LAW FIRM**


                                                     By:   */s/ Robert W. Mills*
                                                     Robert W. Mills (SBN 062154)
                                                     880 Las Gallinas Avenue, Suite 2
                                                     San Rafael, California 94903
                                                     Telephone: (415) 455-1326
                                                     Facsimile: (415) 455-1327
                                                     E-Mail: Robert@millslawfirm.com

                                                     *Attorney for Plaintiff Joel Richardson, and the Proposed Class*