**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 23, 2013, I served a true and correct copy of Plaintiff's Reply in Support of Motion to Stay, Second Supplemental Declaration of Robert W. Mills; and Supplemental Request for Judicial Notice, by "Notice of Electronic Filing" that is automatically generated by the court's Electronic Filing System and constitutes service of the filed document on the following ECF participants of record:

**Marcus Sanders Topel**
Kasowitz, Benson, Torres & Friedman, LLP-San Francisco
101 California Street , Suite 2300
San Francisco, CA 94111
415-421-6140
Fax: 415-398-5030
Email: mtopel@kasowitz.com

**Brian Paul Brosnahan**
Kasowitz, Benson, Torres & Friedman, LLP-San Francisco
101 California Street, Suite 2300
San Francisco, CA 94111
415-421-6140
Fax: 415-398-5030
Email: bbrosnahan@kasowitz.com

**Daniel Frederick Cook**
Kasowitz, Benson, Torres & Friedman, LLP-San Francisco
101 California Street, Suite 2300
San Francisco, CA 94111
415-421-6140
Fax: 415-398-5030
Email: dcook@kasowitz.com

**Jacob Nathaniel Foster**
Kasowitz, Benson, Torres & Friedman, LLP-San Francisco
101 California Street, Suite 2300
San Francisco, CA 94111
415-421-6140
Fax: 415-398-5030
Email: jfoster@kasowitz.com

**John R. Trigg**
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Fax: 303-294-1879
Email: trigg@wtotrial.com

**Michele On-Ja Choe**
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Fax: 303-244-1879
Email: choe@wtotrial.com

**N. Reid Neureiter**
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Fax: 303-244-1879
Email: Neureiter@wtotrial.com

Dated: April 23, 2013

/s/*Robert W. Mills*
Robert W. Mills
Joshua D. Boxer
Corey B. Bennett
**THE MILLS LAW FIRM**
880 Las Gallinas Avenue, Suite 2
San Rafael, California 94903
Telephone: (415) 455-1326
Email: Robert@millslawfirm.com
*Attorneys for Plaintiff Joel Richardson and the Proposed Class (CO)*