IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00506-RM-MEH

JOEL RICHARDSON, on behalf of himself and
all others similarly situated,

        Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

        Defendant.

## MOTION FOR ORAL ARGUMENT ON MOTION TO STAY

### Compliance with D.C. COLO.LCivR 7.1(A)

Counsel for Anheuser-Busch Companies, LLC has conferred with opposing counsel as required by Rule 7.1(A) and the plaintiffs oppose the relief requested herein.  If the Court does set the matter for oral argument plaintiffs request that they be allowed to participate telephonically.  Counsel for defendant Anheuser-Busch Companies will appear in person.

### Motion for Oral Argument

The defendant Anheuser-Busch Companies, LLC through counsel of record does hereby move the Magistrate Judge to allow oral argument on the Motion to Stay.  This matter is presently set for a Scheduling Conference on May 28, 2013 and this defendant requests that at

that time, or at any other time convenient to Court and counsel, that a hearing be held on

Plaintiff's Request for a Stay of this action.

Dated:  May 10, 2013                    Respectfully submitted,

                                        *Original signature on file at the law firm of Wheeler Trigg*
                                        *O'Donnell LLP*


                                        /s/John R. Trigg
                                        _____
                                        John R. Trigg (#833)
                                        Michele On-ja Choe (#43656)
                                        N. Reid Neureiter (#29747)
                                        Wheeler Trigg O'Donnell LLP
                                        370 Seventeenth Street, Suite 4500
                                        Denver, CO   80202-5647
                                        Telephone:  303.244.1800
                                        Facsimile:  303.244.1879
                                        Email: trigg@wtotrial.com
                                               choe@wtotrial.com
                                               neureiter@wtotrial.com


                                        Marcus S. Topel
                                        Daniel F. Cook
                                        Brian P. Brosnahan
                                        Jacob N. Foster
                                        Kasowitz, Benson, Torres & Friedman LLP
                                        101 California Street, Suite 2300
                                        San Francisco, California 94111
                                        Telephone: 415.655.4309
                                        Facsimile:  415.520.0727
                                        Email: mtopel@kasowitz.com
                                               dcook@kasowitz.com
                                               bbrosnahan@kasowitz.com
                                               jfoster@kasowitz.com

                                        Attorneys for Defendant
                                        *Anheuser-Busch Companies, LLC*

2

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on May 10, 2013, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following

email addresses:

- **Robert Wade Mills**
  rwm@millslawfirm.com

- **John R. Trigg**
  trigg@wtotrial.com

- **N. Reid Neureiter**
  **Neureiter@wtotrial.com**

- **Michele On-ja Choe**
  choe@wtotrial.com

- **Marcus S. Topel**
  mtopel@kasowitz.com

- **Daniel F. Cook**
  dcook@kasowitz.com

- **Brian P. Brosnahan**
  bbrosnahan@kasowitz.com

- **Jacob N. Foster**
  jfoster@kasowitz.com

*Original signature on file at the law firm of*
*Wheeler Trigg O'Donnell LLP*

*s/ John R. Trigg*
John R. Trigg