IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00506-RM-MEH

JOEL RICHARDSON, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2013.**

    The Stipulated Motion to Vacate June 12, 2013 Scheduling Conference [filed June 10, 2013; docket #42] is **granted**. In light of the Transfer Order of the Judicial Panel on Mulitdistrict Litigation issued June 10, 2013, the Scheduling Conference currently set in this case for June 12, 2013 is **vacated**.